UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| JONATHAN L. OLSON | * |
| | * |
| Plaintiff, | * |
| | *   Civil Action No.: 3:20-CV-4060 |
| v. | * |
| | * |
| SKANSKA USA CIVIL SOUTHEAST, | * |
| INC. AND MTT EQUIPMENT | * |
| SERVICE, LLP | * |
| | * |
| *in personam.* | * |
| | * |
| Defendant. | * |

### JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff and Defendant in the above referenced and styled cause of action and file this their joint motion for dismissal. As grounds state the Parties have reached a settlement of all issues. Defendant's counsel is in the process of preparing settlement documents.

WHEREFORE, the premises considered the Plaintiff and Defendant motion this Honorable Court to dismiss with prejudice the above referenced and styled cause of action each party to bear their own costs.

DATED this 3RD day of August 2020.

        Respectfully submitted,

        **/s/Michael G. Huey**
        MICHAEL G. HUEY (HUE002)
        Attorney for the Plaintiff
        Post Office Box 1806
        Mobile, Florida 36633
        (251) 433-6622 Telephone
        (251) 433-6654 Facsimile
        mghuey@hueyfirm.com


        **/s/Jonathan A. Tweedy**
        Jonathan A. Tweedy, Esq.
        Melissa A. Miller, Esq.
        COUNSEL FOR THE DEFENDANT
        Schouest, Bamdas, Soshea & Benmaier, PLLC
        365 Canal Street | Suite 2730
        New Orleans | Louisiana | 70118
        (504) 561-0323 x478 | Phone
        (504) 528-9442  | Fax
        jtweedy@sbsblaw.com